FILED

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0557

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-21-0557

ESTATE OF JAMES W. GROMILLER

Acting through Executrix Nancy Newhams,

Plaintiff/Appellee,

vs.

ANDREW B. GROMILLER,

Defendant/Appellant.

**ORDER FOR EXENTSION OF TIME**

UPON MOTION BY Defendant/Appellant Andrew B. Gromiller, no objection from Plaintiff/Appellee Nancy Newhams, and good cause appearing,

IT IS HEREBY ORDERED that Defendant/Appellant Andrew B. Gromiller Motion for Extension of Time to file his opening brief is hereby GRANTED. Defendant/Appellant has an extension through February 2, 2022 to file his opening brief.

DATED this _____day of December, 2021

_____
Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2021